UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ERIN GIBSON, | Case No. 2:17-cv-01679-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| O G TRANSPORT, INC., et al., | |
| Defendants. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently set for June 6, 2019 at 9:00 a.m. is **ADVANCED** to **May 22, 2019, at 9:00 a.m.**, in Chambers Room 3071.
2. The deadline for chambers to receive the confidential settlement statements shall be **ADVANCED** to **May 15, 2019**.
3. All other instructions within the original Order Setting Settlement Conference (ECF No. 26) shall remain in effect.

DATED this 16th day of April, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1