UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIN GIBSON,<br><br>                            Plaintiff,<br>v.<br>O G TRANSPORT, INC., et al.,<br><br>                            Defendants. | Case No. 2:17-cv-01679-JAD-BNW<br><br>ORDER<br><br>(Mot Cont SC – ECF No. 28) |

      Before the court is the Motion to Reschedule Mandatory Settlement Conference (ECF No. 28). Magistrate Judge Leen entered a Minute Order (ECF No. 30) giving defendants until April 26, 2019 to respond. No response was filed. Pursuant to LR 7-2(d), "failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Accordingly,

**IT IS ORDERED** that:

1. The Motion to Reschedule Mandatory Settlement Conference (ECF No. 28) is **GRANTED**.
2. The settlement conference currently set for May 22, 2018, is **VACATED** and **CONTINUED** to 9:00 a.m. **June 7, 2019.**
3. The confidential settlement statements shall be due no later than **May 31, 2019**.

DATED this 6th day of May, 2019.

                                                                 _____
                                                                 BRENDA WEKSLER
                                                                 UNITED STATES MAGISTRATE JUDGE