THOMAS E. WINNER
Nevada Bar No. 5168
STEVEN C. DEVNEY
Nevada Bar No. 12728
**ATKIN WINNER & SHERROD**
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
sdevney@awslawyers.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN GIBSON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>OG TRANSPORT, INC., a California Corporation; JOSE P. RODRIGUEZ, an individual; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | CASE NO.: 2:17-cv-01679-JAD-PAL<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Lawrence Smith, of the law firm of Beroldo Baker Carter & Smith, attorney for the Plaintiff, ERIN GIBSON, and Thomas E. Winner, of the law firm of Atkin Winner & Sherrod, attorney for Defendants, JOSE RODRIGUEZ AND O.G. TRANSPORT, INC., that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///

IT IS FURTHER STIPULATED THAT the trial date of June 18, 2019 be vacated in the above referenced matter.

DATED this 19 day of June, 2019.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Steven C. Devney
Nevada Bar No. 12728
1117 South Rancho Drive
Las Vegas, Nevada 89102

BERTOLDO BAKER CARTER & SMITH

_____
Lawrence Smith
Nevada Bar No. 6505
7408 W. Sahara Ave.
Las Vegas, NV 89117

1156556.docx

Page 2 of 3

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that the trial date of June 18, 2019 is vacated in the above referenced matter.

DATED this _____ day of _____ 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Steven C. Devney
Nevada Bar No. 12728
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:17-cv-01679-JAd-BNW